**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Isaac Matthew RICHARDSON,
Defendant–Appellant.**

No. 03–6283.

United States Court of Appeals,
Fourth Circuit.

Submitted May 15, 2003.

Decided May 22, 2003.

Isaac Matthew Richardson, Pro Se. Mary Jude Darrow, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Isaac Matthew Richardson seeks to appeal the district court's order denying re-

lief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Richardson has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We deny Richardson's motion to amend the record on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*